CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Superseding Indictment ( X )   3:21-CR-00171 Richardson/Newbern
Complaint ( )
Information ( )
Felony ( )
Misdemeanor ( )
Juvenile ( )

County of Offense: WILLIAMSON
AUSA's NAME: SARAH BOGNI
ROBERT S. LEVINE
Reviewed by AUSA: _SKB_____
(Initials)

SAMUEL HARRIS
Defendant's Full Name

_____
Defendant's Address

Richard W. Westling
Clay Lee
629.802.9253
424 Church St., Suite 2000
Nashville, TN 37219

Defendant's Attorney

Interpreter Needed?  ____ Yes   X   No
If Yes, what language? _____

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 371 | CONSPIRACY TO DEFRAUD THE UNITED STATES AND TO COMMIT AN OFFENSE | 5 years; 3 years S/R | $250,000; $100 Special Assessment |
| 24 26 | 42 U.S.C. § 1320a-7b(b)(1)(A); 18 U.S.C. § 2 | VIOLATION OF THE ANTI-KICKBACK STATUTE AND AIDING AND ABETTING | 10 years; 3 years S/R | $100,000; $100 Special Assessment per count |
| 27 | 18 U.S.C. § 1349 | CONSPIRACY TO COMMIT HEALTH CARE FRAUD | 10 years; 3 years S/R | $250,000; $100 Special Assessment |
| 36 37 | 18 U.S.C. § 1347 18 U.S.C. § 2 | HEALTH CARE FRAUD AND AIDING AND ABETTING | 10 years; 3 years S/R | $250,000; $100 Special Assessment per count |

*If the defendant is found to be an Armed Career Criminal, pursuant to 18 U.S.C. § 924(e), defendant will be subject to a term of imprisonment of between 15 years to life.

**A charge pursuant to 8 U.S.C. § 1326, may carry a maximum sentence of one of the following: (1) up to 2 years; (2) up to 10 years; or (3) up to 20 years, depending upon a defendant's criminal and removal history.

Is the defendant currently in custody?   Yes ( )   No ( X )   If yes, State or Federal?  Writ requested ( )

Has a complaint been filed?   Yes ( )   No ( X )
    If Yes:  Name of the Magistrate Judge _____   Case No.: _____
        Was the defendant arrested on the complaint?   Yes ( )   No ( )

Has a search warrant been issued?   Yes ( )   No ( X )
    If Yes:  Name of the Magistrate Judge _____   Case No.: _____

Was bond set by Magistrate/District Judge?  Yes ( )   No ( )       Amount of bond: _____

Is this a Rule 20? Yes ( ) or No ( X )    To/from what district? _____
Is this a Rule 40? Yes ( )   No ( X )    To/from what district? _____

Estimated trial time:     TWO WEEKS

The Clerk will issue a **Summons/WARRANT**          (circle one)  (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

**This is a superseding indictment but this defendant was not charged in the prior indictments.**

Detention requested:  Yes ( )   No ( X )     Recommended conditions of release: ___Standard conditions___