# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>_____<br>Samuel Harris<br>*Defendant* | )<br>)<br>)   Case No. 3:21-CR-00171<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Samuel Harris _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy to Defraud the United States and to Commit an Offense
42 U.S.C. § 1320a-7b(b)(1)(A); 18 U.S.C. § 2 - Violation of the Anti-Kickback Statute and Aiding and Abetting
18 U.S.C. § 1349 - Conspiracy to Commit Health Care Fraud
18 U.S.C. § 1347; 18 U.S.C. § 2 - Health Care Fraud and Aiding and Abetting

Date: 08/01/2022 _____

_____
*Issuing officer's signature*

City and state:   Nashville, TN

Dalaina Thompson, Case Administrator
_____
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   Samuel Harris

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                            Weight:

Sex:                                                               Race:

Hair:                                                              Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: